silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence silence